UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-20163-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JEIFRY ANTONIO VASQUEZ,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on July 14, 2023 [ECF No. 48].   To date, no party has filed an objection.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 48]** is **AFFIRMED AND ADOPTED**, and Defendant's guilty plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record